```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
Trustees of the New York City District Council                         :
of Carpenters Pension Fund, Welfare Fund, Annuity                      :
Fund, and Apprenticeship, Journeyman                                   :
Retraining, Educational and Industry Fund et al.,                      :      20-CV-2556 (JPC)
                                                                       :
                              Plaintiffs,                              :      NOTICE OF
                                                                       :      REASSIGNMENT
             -v-                                                       :
                                                                       :
C K S Woodworks, Inc.,                                                 :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

      SO ORDERED.

Dated: October 8, 2020
      New York, New York
                                                JOHN P. CRONAN
                                         United States District Judge