USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND et al.,

                  Petitioners,

     and

C K S WOODWORKS, INC.,

                  Respondent.
------------------------------------------------------------------X

20-CV-2556 (JPC)

ORDER

JOHN P. CRONAN, District Judge:

    On March 25, 2020, Petitioners filed a petition to confirm an arbitration award.  (Dkt. 1.) On September 29, 2020, in light of Respondent's failure to appear and otherwise respond to the petition, Petitioners moved to have the petition be treated as a motion for summary judgment and be deemed unopposed.  (Dkt. 10.)  That same day, this case was reassigned to the undersigned.

    It is hereby ORDERED that Respondent shall file and serve any opposition to the petition by November 6, 2020.  Petitioners' reply, if any, shall be filed and served by November 13, 2020. In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests

were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

    Petitioners shall serve this Order upon Respondents electronically and by overnight mail by October 23, 2020, and shall file an affidavit of such service with the Court no later than October 26, 2020.

    SO ORDERED.

Dated: October 22, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge