```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                   :
TRUSTEES OF THE NEW YORK CITY DISTRICT             :
COUNCIL OF CARPENTERS PENSION FUND,                :
WELFARE FUND, ANNUITY FUND, AND                    :
APPRENTICESHIP, JOURNEYMAN RETRAINING,             :   20-CV-2556 (JPC)
EDUCATIONAL AND INDUSTRY FUND et al.,              :
                                                   :             ORDER
                        Petitioners,               :
                                                   :
            and                                    :
                                                   :
                                                   :
C K S WOODWORKS, INC.,                             :
                                                   :
                        Respondent.                :
                                                   :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 25, 2020, Petitioners Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund; Trustees of the New York City Carpenters Relief and Charity Fund; the Carpenter Contractor Alliance of Metropolitan New York; and the New York City District Council of Carpenters filed a petition seeking to confirm an arbitration award issued against Respondent C K S Woodworks, Inc. (Dkt. 1 ("Pet.").) In the final paragraph of their memorandum of law in support of the Petition, Petitioners request that the Court issue a "judgment . . . ordering Respondent to comply with an audit covering March 26, 2013 to date." (Dkt. 5 at 8.) This request is, however, absent from both the Petition (*see* Pet. at 7) and their proposed judgment (*see* Pet. Exhibit G).

It is hereby ORDERED that by February 26, 2021, Petitioners must submit a letter to the Court clarifying (1) whether Petitioners are seeking an order requiring Respondent to comply with

the audit, (2) if so, the basis for the Court's power to order that relief, particularly because Petitioners have brought this petition under section 301 of the Labor Management Relations Act of 1947 ("LMRA"), *as amended*, 29 U.S.C. § 185 (*see* Pet. ¶ 1), and additionally because that relief does not appear to be sought in the Petition, and (3) why an order would be justified in the event that the Court confirms the monetary award.

    SO ORDERED.

Dated: February 19, 2021
      New York, New York

                                               JOHN P. CRONAN
                                         United States District Judge