**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                       Petitioners,                         20 **CIVIL** 2556 (JPC)

        -against-                                    **JUDGMENT**

C K S WOODWORKS, INC.,

                       Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 24, 2021, the Petition is granted; Judgment is entered in the amount of $240,236.73, which consists of the arbitration award of $239,368.73, attorney's fees in the amount of $793, and costs in the amount of $75. The Court also awards interest at a rate of 6.75% on the arbitration award from the date of that award, January 8, 2020, through the date of the judgment in the amount of $18,326.46 for a total sum of $258,563.19. Post-judgment interest will accrue as the statutory rate; accordingly, this case is closed.

**Dated:**  New York, New York
            February 25, 2021

                                                  **RUBY J. KRAJICK**
                                                     **Clerk of Court**
                                         **BY:** _____
                                                     **Deputy Clerk**